**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>James Libert, On Behalf Of Himself
And All Others Similarly Situated</u>

    v.                                      Civil No. 05-cv-177-JM

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>


<u>Graziella Peano, Individually And On
Behalf Of All Others Similarly Situated</u>

    v.                                      Civil No. 05-cv-195-JD

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>


<u>Nickalus T. Holt, Individually And On
Behalf Of All Others Similarly Situated</u>

    v.                                      Civil No. 05-cv-202-SM

<u>Mark W. Blodgett, Lawrence W. Blodgett
and StockerYale, Inc.</u>


**O R D E R**

    I.   In each of these cases a motion for consolidation, for appointment of lead plaintiff and approval of plaintiffs' co-lead counsel and liaison counsel was filed by the Hilderhoff Group. Each of these motions was subsequently withdrawn as to the request for appointment as lead plaintiff and lead counsel.  The

dockets will be marked as follows:

| Document | Docket # | Entry |
|----------|----------|-------|
| No. 6 | 05-cv-177-JM | withdrawn request as to lead plaintiff and lead counsel |
| No. 5 | 05-cv-195-JD | withdrawn request as to lead plaintiff and lead counsel |
| No. 6 | 05-cv-202-SM | withdrawn request as to lead plaintiff and lead counsel |

II.  Both the Siregar Group and the Hilderhoff Group have moved to consolidate the three cases.  Defendants do not object to consolidation.  By separate order I have consolidated the cases.  Under the court's assignment policy consolidated cases are assigned to that judge presiding over the lowest numbered case.  In this instance they are assigned to me, that is, the cases are consolidated into No. 05-cv-177-JM.  Since I cannot preside over the case without the consent of the parties, a consent form is attached and counsel are ordered to notify the clerk within twenty (20) days whether the parties consent or do

not consent to my jurisdiction.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date:   September 21, 2005

cc:     Douglas C. Doskocil, Esq.
        Jennifer A. Eber, Esq.
        Christine Friedman, Esq.
        Mark L. Mallory, Esq.
        William L. Chapman, Esq.